IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARPREET SINGH                          :
                                        :
                    Petitioner,         :    3:26-cv-1874
                                        :    (JUDGE MARIANI)
        v.                              :
                                        :
MARKWAYNE MULLIN, in his Official       :
Capacity as Secretary of the U.S.       :
Department of Homeland Security,        :
et al.,                                 :
                                        :
                    Respondents.        :

## ORDER

AND NOW, THIS ___15th___ DAY OF JULY 2026, upon consideration of Petitioner

Harpreet Singh's counseled emergency petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 4), Petitioner's traverse (Doc. 5), and

for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY**

**ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Harpreet Singh from

   the custody of the Warden of the Clinton County Correctional Facility, who has

   immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

   declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday July 20,**

**2026, at 5:00 P.M.** confirming that Petitioner Harpreet Singh has been released from custody.

4.  Respondents are **PERMANENTLY ENJOINED** from detaining Harpreet Singh pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5.  If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge